UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

FRANK J. FISHER,

    Plaintiff,

v.                                Case No. 20-12403

MICHELLE M. PERRON,

    Defendant.
_____/

**JUDGMENT**

    Pursuant to the court's Opinion and Order dated January 12, 2021,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Michelle M. Perron and against Plaintiff Frank Fisher. Dated at Port Huron, Michigan this 12th day of January, 2021.

                                            KINIKIA ESSIX
                                            CLERK OF THE COURT

                                            BY: s/Lisa Wagner

Dated: January 12, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 12, 2021, by electronic and/or ordinary mail.

                                            s/Lisa Wagner_____/
                                            Case Manager and Deputy Clerk
                                            (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-12403.FISHER.judgment.AAB.docx